UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROYAL ROSE, Individually and on
behalf of all others similarly
situated,

     Plaintiff,

v.                                                    Case No. 3:22-cv-248-BJD-JBT

MYCOMPUTERCAREER, INC.,

     Defendant.
_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal with Prejudice (Doc. 46; Stipulation) filed on January 20, 2023. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.    This case is **DISMISSED with prejudice.**

2.    Each party shall bear its own costs and fees.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this _24_<sup>th</sup> day of January, 2023.

_____

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record